**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

**United States of America**

**-vs-**                                                    **Case No.  2-19-cr-82**

**Jason Adkins**

---

**COURTROOM   MINUTES**
**ARRAIGNMENT ON INFORMATION**

| JUDGE: | Norah McCann King | DATE AND TIME: | 4/8/19 at 9:30 A |
|---|---|---|---|
| DEPUTY CLERK: | Spencer D. Harris | COUNSEL FOR GOVT: | D Squires |
| COURT SMART | Shawna Evens | COUNSEL FOR DEFT(S). | G Peterson |
| INTERPRETER: | N/A | PRETRIAL/PROBATION: | |

Dft appeared with counsel
to plead guilty before Judge Marbley;
Dft waives Indictment; Dft pleads GUILTY
to the pending charges; PSI to be ordered;
Dft to remain on bond pending sentencing;

Court adjourn.