UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
PROBATION OFFICE
PRESENTENCE INVESTIGATION AND DISCLOSURE NOTICE

**RE:** Adkins, Jason E.
2:19CR00082

The defendant has been found guilty and **Algenon L. Marbley, U.S. District Court Judge** has ordered a presentence investigation. Local Rule 32.1 of this Court dictates certain time frames for completion of the presentence report and the disclosure process. Therefore, in compliance with Local Rule 32.1 you are advised:

1. The presentence report will be completed by U. S. Probation Officer **Lisa Dopp, 614-719-3116.**

2. The report will be available for disclosure to the parties on **5/13/2019** (35 days from conviction). The initial presentence report will be provided electronically to the attorney for the defendant and the attorney for the government. The defense attorney shall promptly provide one copy of the report to the defendant.

3. The attorney for the defendant and the government have 21 days from the disclosure date to communicate any objections to the initial presentence report. Therefore, objections shall be communicated to the probation officer not later than **6/3/2019.**

4. Efforts will be made by the parties to resolve any objections to the report prior to its submission to the Court. Any unresolved objections will be outlined by the probation officer in an addendum, which will be attached to the final report and forwarded to the Court not later than **6/24/2019.**

_____
John S. Dierna, Chief
U. S. Probation Officer

Date: April 5, 2019

Copies to: Defendant
Defense Attorney
Clerk of Court
Ass't. U. S. Attorney
File